UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA M. DUARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 20-cv-00151-JCS<br><br>**ORDER DENYING MOTION TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 18 |

Plaintiff Elidia M. Duarte, pro se, filed a "Motion for an Order an Order [sic] Granting Trial Preference and that the Case Management Conference Be Taken off Calendar." Dkt. 18. Although Duarte argues that she should be entitled to "trial preference" based on her advanced age, she does not seek a trial. Instead, she asserts that the case should be resolved on a motion for summary judgment. Duarte argues that the case management conference should be taken off calendar because the case should be resolved without discovery, and there is thus no need to address discovery at a case management conference.

Case management conferences are not limited to discovery issues. A case management conference will allow the Court to determine whether Defendant Andrew Saul, Commissioner of Social Security, (the "Commissioner") agrees that discovery is unnecessary, and to set a schedule for motions for summary judgment or any other motions the parties might intend to bring. The request to vacate the case management conference is therefore DENIED. The case management conference remains on calendar for September 11, 2020 at 2:00 PM, and the parties shall appear remotely via Zoom as stated in the Clerk's Notice dated July 22, 2020 (dkt. 14). The parties shall file a joint case management statement or separate case management statements consist with Civil Local Rule 16-9 no later than September 4, 2020.

Duarte, who is not represented by counsel, is encouraged to consult with the Federal Pro Bono Project's Pro Se Help Desk for assistance as she continues to prosecute this case. Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation. Although in-person appointments are not currently available due to the COVID-19 public health emergency, Duarte may contact the Help Desk at (415) 782-8982 or FedPro@sfbar.org to schedule a telephonic appointment.

**IT IS SO ORDERED.**

Dated: August 24, 2020

JOSEPH C. SPERO
Chief Magistrate Judge