UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA M. DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 20-cv-00151-JCS<br><br>**ORDER GRANTING STIPULATION AS MODIFIED**<br><br>Re: Dkt. No. 28 |

The parties filed a stipulation to continue the hearing and case management conference set for December 18, 2020 to January 15, 2021, in order to allow Plaintiff Elidia Duarte's new counsel time to assess the case. The Court GRANTS the parties' request for a continuance, as modified to clarify the briefing schedule and avoid deadlines falling during the holidays.

The hearing and case management conference will occur on **January 29, 2021 at 9:30 AM** via Zoom webinar.

The parties' stipulation states that "[t]he deadlines associated with the Motion hearing and Initial Case Management Conference shall run with the new date." In this district, briefing deadlines run from the date a motion is filed, not the date a hearing is noticed. *See* Civ. L.R. 7-3. The Court sets the following deadlines, which the parties may modify by further stipulation so long as the reply brief is filed no later than two weeks before the hearing and the joint case management statement is filed no later than one week before the hearing:

    Plaintiff's opposition shall be filed no later than January 8, 2021.

    Defendant's reply shall be filed no later than January 15, 2021.

    The parties shall file a joint case management statement no later than January 22, 2021.

    **IT IS SO ORDERED.**

Dated: December 1, 2020

JOSEPH C. SPERO
Chief Magistrate Judge