UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA M. DUARTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant. | Case No. 20-cv-00151-JCS<br><br>**ORDER GRANTING STIPULATION AS MODIFIED AND SETTING SCHEDULE**<br><br>Re: Dkt. No. 45 |

The parties filed a stipulation to allow Plaintiff Elidia Duarte to file an evidentiary objection of up to twenty-five pages separately from her twenty-five page opposition brief, modifying Civil Local Rule 7-3(a)'s requirement that any evidentiary objection to a motion must be contained within the opposition brief. *See* dkt. 45. The stipulation is GRANTED in part. Duarte may file a separate objection no later than March 19, 2021, but it is limited to no more than five pages.

To allow Defendant Andrew Saul, Commissioner of Social Security (the "Commissioner"), to address Duarte's evidentiary arguments, the deadline for the Commissioner's reply brief is CONTINUED from March 19, 2021 to March 26, 2021, and the reply brief may be up to twenty pages long.

A hearing on the Commissioner's motion to dismiss (dkt. 42) will occur on April 9, 2021 at 9:30 AM via Zoom webinar. The hearing on Duarte's attorneys' motion to withdraw as counsel (dkt. 41), which was originally noticed for April 2, 2021, is continued to the same date.

**IT IS SO ORDERED.**

Dated: March 15, 2021

　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge