UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA M. DUARTE,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>        Defendant. | Case No. 20-cv-00151-JCS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 41 |

    Sufficient cause having been shown, attorney Reuben Yeroushalmi's motion to withdraw as counsel for Plaintiff Elidia Duarte is GRANTED, on the condition that Yeroushalmi continue to accept service and forward documents to Duarte unless and until Duarte appears pro se or through new counsel, in accordance with Civil Local Rule 11-5(b).

    **IT IS SO ORDERED.**

Dated: April 9, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge