UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA M DUARTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant. | Case No. 20-cv-00151-JCS<br><br>**ORDER REGARDING APPLICATION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. Nos. 56, 60 |

　　　　Plaintiff Elidia Duarte, pro se, submitted a "statement of reservation of rights and request for decision" and a blank, unsigned motion for permission for electronic case filing on April 11, 2021, which were filed as a single docket entry on April 12, 2021. *See* dkt. 56. The Court thereafter granted Defendant Andrew Saul's motion to dismiss and entered judgment. *See* dkts. 57, 58. In a letter dated May 10, 2021, Duarte alerted the Court that she had intended for the two documents she submitted on April 11, 2021 to be filed separately. *See* dkt. 60.

　　　　This case is now closed, and it is not clear that any further filings will be necessary. If Duarte nevertheless still seeks permission to file electronically, she must file a completed and signed application to do so.

　　　　**IT IS SO ORDERED.**

Dated: May 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge